## File Hashes for IP Address 67.8.114.245

**ISP:** Road Runner
**Physical Location:** Windermere, FL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/22/2013 05:02:32 | 3E60B49558C53CC04D6336A30107A263AF5D75EF | A Little Rain Must Fall |
| 12/28/2012 09:01:21 | E849A97F6C7595793AF94C684056BFAD9ADD3478 | Naughty and Nice |
| 12/08/2012 05:57:46 | F39E939CD182B6A5200A08A45666621F2AE19105 | Waterfall Emotions |
| 11/11/2012 07:36:43 | 5C30F05B0EF0F99BBF43E716A0EB53D31C179D7F | MaryJane Young Love |
| 09/06/2012 13:30:36 | E8A7F85FE9185F3B899B3FE68F4BD11AFFFDB005 | First Love |
| 08/26/2012 20:55:15 | 8796D4D4A6EB1162FEE041319F33AC2B1DEEA360 | Starting Over |
| 08/20/2012 12:34:00 | 9A66F5ABD062F8A5990CFC02B47420BD00212BA4 | This Side of Paradise |
| 07/30/2012 03:42:49 | 889A055B343CEF7C0A2FACBA573D6A366161C3C7 | Transcendence |
| 07/04/2012 18:40:29 | 6778E1BB616874E8EDFCCB39BBAD28ABA01CBE8B | Happy Couple |
| 06/21/2012 04:37:19 | C6FDCCF3EDAAE3AEDA10773EB08DA025EBFADCBA | Foot Fetish |
| 05/19/2012 14:50:30 | 746FF68D28D13D5CAC9AE090D553C627F5272DF3 | Romantic Memories |
| 05/10/2012 04:34:44 | ECC49510C0B61C4F92EFCB62AD1A48994B8A88CF | Pretty Back Door Baby |
| 04/27/2012 03:43:51 | 601803668238622B671ECC3EEBA7F76E3BC3BF2B | Wild at Heart |
| 04/19/2012 03:00:20 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 |
| 03/20/2012 04:26:47 | 9EE7E5012B411B30874EF635099C60EB8652C9EF | Lunchtime Fantasy |
| 03/10/2012 02:05:05 | B085F73211227C267D392236969618D43E8C6C49 | Connie True Love |

**Total Statutory Claims Against Defendant: 16**

EXHIBIT A

LMFL51