**Expanded Surveillance of IP Address 67.8.114.245**

**ISP:** Road Runner
**Location:** Windermere, FL

| Hit Date UTC | Filename |
|---|---|
| 02/07/2013 | Robot.And.Frank.1080p.WEB-DL.H264-PHiLHD [PublicHD] |
| 02/07/2013 | AssParade.ID.ap11204.Jinx.Maze.PREAIR.XXX.720p.MP4-IEVA[rarbg] |
| 02/07/2013 | Horny.College.Schoolgirls |
| 02/07/2013 | The Innocence Of Youth 4 - Staci Silverstone.mp4 |
| 02/06/2013 | jiggly-bestnewstarlets2013.mp4 |
| 02/06/2013 | DangerCore.11.12.13.Eufrat.Sexy.Bopper.XXX.WMV-YAPG[rbg] |
| 02/06/2013 | the advantage - elf-titled [2006].rar |
| 02/06/2013 | babes_bg_alice_march_720p_4000.mp4 |
| 02/06/2013 | mfhmcorylevi_720.mp4 |
| 02/06/2013 | Strike_Suit_Zero_CE_STEAM_RiP-GameWorks |
| 02/06/2013 | flt-acah.iso |
| 02/06/2013 | Pirates of the Caribbean The Curse of the Black Pearl (2003) [1080p] {5.1} |
| 02/06/2013 | PC PowerPlay - ALIENS Colonial Marines (January 2013) |
| 02/06/2013 | NeighborAffair.13.02.04.Lilly.Banks.XXX.1080p.x264-SEXORS[rarbg] |
| 02/06/2013 | babes_bg_veronica_rodriguez_480p_1500.mp4 |
| 02/06/2013 | mfhgkellyxander_720.mp4 |
| 02/06/2013 | MyFriendsHotMom.13.02.04.Cory.Chase.XXX.1080p.x264-SEXORS[rarbg] |
| 02/06/2013 | DmC.Devil.may.Cry-RELOADED |
| 02/06/2013 | DmC.Devil.may.Cry [BG translated - PlayON] |
| 02/05/2013 | Hebrew Bible - New Testament.pdf |
| 02/05/2013 | Twistys.com.13.02.04.Eufrat.She.Sucks.So.Good.XXX.IMAGESET-PAYiSO[rarbg] |

EXHIBIT C

LMFL51

| Hit Date UTC | Filename |
|---|---|
| 02/05/2013 | The Bourne Legacy 2012 [Sous-Titres Francais] BR-Rip-RemixHD |
| 02/05/2013 | PureMature Nikki mp4 |
| 02/05/2013 | mfhmcorylevi_qt.mp4 |
| 02/05/2013 | Veronica.Rodriguez.Seth.Gamble.MyDadsHotGirlfriend.2012_iyutero.com.wmv |
| 02/05/2013 | exxxtrasmall_veronica_rodriguez_full_med-chkm8te.wmv |
| 02/04/2013 | Skyfall 2012 1080p BRRip.sonicx-UKB-RG |
| 02/03/2013 | Adventure.Sex.4.XviD-NYMPHO |
| 02/03/2013 | DaneJones.13.01.29.Lola.Sweet.Dreams.XXX.1080p.x264-SEXORS[rarbg] |
| 02/03/2013 | ExploitedCollegeGirls - Claire.wmv |
| 02/03/2013 | Skyfall-720p MP4 AAC x264 BRRip 2012-CC |
| 02/03/2013 | bcc-bella-130129.wmv |
| 02/03/2013 | 18XGirls - Iveta Spreads Out For A Nice Long Drilling [720p].mp4 |
| 02/01/2013 | HerSexDebut Hot sexy girl cant get enough Kristina |
| 02/01/2013 | Google Play Store v3.10.10 modded by ChelpuS Installer v1.0.7 Android App |
| 01/31/2013 | NextDoorAmateur.Tiffany.Flowers.26.01.2013.SD-chkm8te.wmv |
| 01/31/2013 | [ www.Speed.Cd ] - The.Sarah.Millican.Television.Programme.S01E07.Christmas.Special.720p.HDTV.x264-C4TV |
| 01/30/2013 | The.Hunger.Games:.Mockingjay.Part.1.XviD.AC3-ADTRG |
| 01/30/2013 | WoodmanCastingX - Hard Chairs - Blue angel, Meggy [720p].wmv |
| 01/30/2013 | YLP - Hanna - Sexy Pig Tails - 1080p.mp4 |
| 01/30/2013 | X-Art.com.13.01.29.Kristen.Workout.Together.XXX.iMAGESET-P4L[rarbg] |
| 01/30/2013 | CastingCouch-X - Roxanne.mp4 |
| 01/30/2013 | Czechav - CzechAmateurs 61 [720p].wmv |
| 01/30/2013 | CastingCouch-X.13.01.28.Roxanne.XXX.1080p.WMV-KTR[rarbg] |
| 01/30/2013 | If.You.Only.Knew.XXX.1080p.MP4-IEVA[rarbg] |

EXHIBIT C

LMFL51

| Hit Date UTC | Filename |
|---|---|
| 01/30/2013 | AmateurAllure Ashlyn Rae |
| 01/30/2013 | Best New Starlets 2013 - Jessie Rogers-chkm8te.mp4 |
| 01/30/2013 | tlib_kennedy_leigh_480p_2000.mp4 |
| 01/29/2013 | Babylon Pro v10.0.1 (r15) |
| 01/29/2013 | YoungLegalPorn An Ardent Interconnection Anjelica |
| 01/29/2013 | Flight.2012.1080p.BRRip.x264.AAC-m2g |
| 01/29/2013 | Prometheus.2012.[3D].SBS.ITA.AAC.BDRip.1080p.x264.mp4-iDN_CreW |
| 01/28/2013 | I.Love.Lindsey.XXX.DVDRip.XviD |
| 01/27/2013 | The Outsiders 1983 1080p BluRay Collectors Edition DTS MULTISUBS x264-BrRip |
| 01/27/2013 | Tiffany.wmv |
| 01/27/2013 | Roccos.POV.11.XXX.DVDRip.x264-Jiggly[rarbg] |
| 01/27/2013 | pussy_pounding_big-chkm8te.mp4 |
| 01/27/2013 | Czechav - CzechCasting - Ester [720p].wmv |
| 01/27/2013 | Ride Home - BiBi Jones.mp4 |
| 01/27/2013 | Best New Starlets 2013 - Jessie Rogers.mp4 |
| 01/27/2013 | ktr.et.13.01.25.wmv |
| 01/26/2013 | jay_landy_rooftop.mpg |
| 01/26/2013 | Escape from L.A. (1996) [1080p] {5.1} |
| 01/26/2013 | BangBus_Katlyn_Snow_1500.mp4 |
| 01/26/2013 | Christoph's Anal Attraction - Henessy - SD.mp4 |
| 01/26/2013 | cut_chemist-the_litmus_test-2004-cms |
| 01/26/2013 | The Secret 2012 TRUEFRENCH SUBFORCED DVDRIP XVID-VH.avi |
| 01/26/2013 | WoodmanCastingX-LillyKlass-CastingandHardcore-130119.mov |
| 01/25/2013 | Sarah Shevon (15.01.2013) Cocaine.wmv |
| 01/25/2013 | The Diary Of Anne Frank (1959) [1080p] |

EXHIBIT C

LMFL51

| Hit Date UTC | Filename |
|---|---|
| 01/25/2013 | ExploitedCollegeGirls - Lexi.wmv |
| 01/25/2013 | Taken 2 2012 REPACK TS XViD-TJAL |
| 01/23/2013 | AmateurCreampies - Natalie.wmv |
| 01/23/2013 | [ www.Torrenting.com ] - Howard The Duck 1986 BRRip x264 AAC-BiGKATS |
| 01/23/2013 | Horny.College.Schoolgirls.DISC.1.XXX.DVDRip.x264-XCiTE |
| 01/23/2013 | Horny.College.Schoolgirls.DISC.2.XXX.DVDRip.x264-XCiTE |
| 01/23/2013 | Creampie-Angels.13.01.06.Jana.XXX.720p.WMV |
| 01/23/2013 | Sex.Superstars.XXX |
| 01/23/2013 | BigTitCreamPie - Holly Taylors First Cream Pie - Holly Taylor [720p].mp4 |
| 01/22/2013 | RealSlutParty.13.01.08.Emily.Kae.Luna.Star.And.Alaina.Fox.Backyard.Booty.Contest.XXX.1080p.x264-SEXORS[rbg] |
| 01/22/2013 | MassageGirls18 - Summer Rae.mp4 |
| 01/22/2013 | CastingCouch-X.13.01.21.Jasmine.XXX.1080p.WMV-KTR[rarbg] |
| 01/22/2013 | PrettyNina - Im Waschkeller habe ich ihn erwischt.wmv |
| 01/22/2013 | Tight.Indian.Pussy.3.XXX.DVDRip.XviD-DivXfacTory[rarbg] |
| 01/22/2013 | X-Art - A Little Rain Must Fall - Angelica [1080p].mov |
| 01/22/2013 | plib_nicole_aniston02_1080p_12000.mp4 |
| 01/22/2013 | Private - Anal Russian Teens Love Creampies [720p].mp4 |
| 01/22/2013 | Hi-Fidelity Dub Sessions, Vol. 5 |
| 01/22/2013 | Homegrown Video #756.avi |
| 01/22/2013 | WowPorn - Enjoy My Pussy - Anjelica [720p].mp4 |
| 01/22/2013 | WowPorn - Make Me Cum Hard - Cindy [720p].mp4 |
| 01/22/2013 | WowPorn - Leggy Queen - Anjelica [720p].mp4 |
| 01/22/2013 | WowPorn - Double Delight - Cindy [720p].mp4 |
| 01/21/2013 | Here.Comes.The.Boom.2012.1080p.BRRip.x264.AAC-m2g |

EXHIBIT C

LMFL51

| Hit Date UTC | Filename |
|---|---|
| 01/21/2013 | MaryJane (Teen, Swallow, Amateur) 1080p |
| 01/21/2013 | The Dictator (2012) 1080p BluRay x264 [GlowGaze.Com] |
| 01/21/2013 | Here.Comes.The.Boom.2012.720p.BRRip.x264.AAC-blow |
| 01/21/2013 | Ghost Rider Spirit Of Vengeance 2011 1080p BrRip.x264 Dual-Audio [English - Hindi 5.1] NimitMak SilverRG |
| 01/21/2013 | [ www.Torrenting.com ] - 12 Angry Men 1957 BRRip XviD AC3 - HDSI |
| 01/21/2013 | The Dictator (2012) [1080p] |
| 01/21/2013 | TeenFidelity  Trinity St. Clair |
| 01/20/2013 | NubileFilms.12.12.25.Maryjane.Johnson.Anywhere.XXX.1080p.MP4-KTR[rbg] |
| 01/20/2013 | CastingCouch-X  Sierra |
| 01/20/2013 | University Gang Bang 12 XXX DVDRip Split |
| 01/20/2013 | India.Summer.AmericanDaydreams.2012.HD_iyutero.com.mp4 |
| 01/20/2013 | BackroomCastingCouch - Sunny.wmv |
| 01/20/2013 | NextDoorAmateur.13.01.16.Stacie.Jaxxx.XXX.MP4 |
| 01/20/2013 | HDLove Dillion Harper |
| 01/20/2013 | Faithless - Insomnia 2005 [Trance] [Vinyl] [2005] |
| 01/20/2013 | ??? ??? Y.121019.??? ???, ??? ???..?? ? ? ?? ?? ????.HDTV.H264.720p-WITH.mp4 |
| 01/20/2013 | Pics |
| 01/20/2013 | Adobe CS6 All Products Activator (x32 and x64).rar |
| 01/20/2013 | IKnowThatGirl.13.01.16.Madison.Morgan.Freshly.Dumped.And.Ready.To.Fuck.XXX.1080p.MP4-KTR[rarbg] |
| 01/20/2013 | IKnowThatGirl  Freshly Dumped and Ready to Fuck  Madison Morgan |
| 01/20/2013 | ExclusiveTeenPorn  Kitty wmv |
| 01/19/2013 | Czechav  CzechFirstVideo 29  Alena, Katka |
| 01/19/2013 | BackroomCastingCouch.E235.Sunny.XXX.HR.WMV |
| 01/19/2013 | Teenage Home Video 7  Tracys First Time |

EXHIBIT C

| Hit Date  UTC | Filename |
|---|---|
| 01/19/2013 | Dream Dance Vol. 66  Full (2013) |
| 01/19/2013 | ?????? 90-?. 1993 ??? (2012.11.18).avi |
| 01/19/2013 | MonstersofCock  Lyla Storm mp4 |
| 01/18/2013 | HDLove.12.08.30.Maryjane.Lustful.Morning.XXX.1080p.MP4-KTR[rarbg] |
| 01/18/2013 | NaughtyAmerica  India Summer |
| 01/18/2013 | GloryholeSwallow.12.10.26.Maryjane.Fifth.Visit.XXX.1080p.MP4-KTR[rbg] |
| 01/17/2013 | ExclusiveTeenPorn.11.05.06.Sabrina.XXX.720p.WMV |
| 01/17/2013 | The Bucket List (2007) {1080p} {5.1} |
| 01/16/2013 | Das Boot [1981] DirCut 720p BRRip H264 AC3 - CODY |
| 01/16/2013 | serious_sucking_big-chkm8te.mp4 |
| 01/16/2013 | 18 YearsOld - Stay Home Facial - Nikki Seven.mp4 |
| 01/16/2013 | MILFSoup India Summer |
| 01/16/2013 | Hidden Cam Amateur Hot Girl Ride Cock.avi |
| 01/16/2013 | Cute Amateur Girl With Great Tits Fets fucked Doggystyle.mpg |
| 01/16/2013 | NubileFilms  - All I Want - Maddy OReilly.mp4 |
| 01/16/2013 | Spartacus.MMXII.The.Beginning |
| 01/16/2013 | Guitar.Hero.II - XBOX.360 |
| 01/16/2013 | Batman The Dark Knight Returns Part 2 (2013) [1080p] |
| 01/16/2013 | Homemade Hard Doggy Fucking.wmv |
| 01/16/2013 | mc11075_800.mp4 |
| 01/14/2013 | Babysitter Diaries 7.wmv |
| 01/14/2013 | PinkVisualPass.13.01.13.Alektra.Blue.XXX.720p.MP4-YAPG[rarbg] |
| 01/14/2013 | Batman.The.Dark.Knight.Returns.Part2.2012.BRRip.1080p.5.1CH.x264-Ganool |
| 01/14/2013 | Hometown.Hotties.XXX.DVDRiP.XviD |
| 01/13/2013 | Hotel.Transylvania.2012.1080p.HDRIP.x264.AC3-26K |

EXHIBIT C

LMFL51

| Hit Date UTC | Filename |
|---|---|
| 01/13/2013 | NubileFilms.12.09.05.Presley.Hart.The.Perfect.Touch.XXX.1080p.MP4-KTR[rbg] |
| 01/13/2013 | ???????[???][????][10].rar |
| 01/13/2013 | Only-Secretaries.12.10.24.Kristina.XXX.720p.WMV-IEVA[rbg] |
| 01/13/2013 | Book 05 - Dead as a Doornail |
| 01/13/2013 | mdhgmariecastle_1080.mp4 |
| 01/12/2013 | NextDoorAmateur.13.01.09.Olivia.Wilder.XXX.WMV |
| 01/12/2013 | TAKEN 2 2012 DVDrip Xvid axxo |
| 01/12/2013 | Jim_Slip_gina_gerson_720p.wmv |
| 01/12/2013 | AllOver30.13.01.12.Sophia.Bella.XXX.720p.WMV-YAPG[rbg] |
| 01/12/2013 | MacGruber (2010) [1080p] |
| 01/12/2013 | 18YearsOld_Tiffany_Fox_Gym_Banging_720p.wmv |
| 01/12/2013 | Short Circuit (1986) [1080p] |
| 01/12/2013 | addsarahbill_1080.mp4 |
| 01/12/2013 | ATKGalleria.13.01.11.Gabriella.Paltrova.Action.XXX.1080p.MP4-KTR[rbg] |
| 01/10/2013 | Anissa Kate (Big Dick Suckn Ride) (2013) HD 720p |
| 01/10/2013 | Misery 1990 1080p BDRip H264 AAC - KiNGDOM |
| 01/10/2013 | GFRevenge - Double It Up - Thena.flv |
| 01/10/2013 | Ultraviolet (2006) [1080p] {5.1} |
| 01/10/2013 | PremiumHDV.13.01.06.Trinity.St.Clair.Fuck.In.Ass.And.Go.Gambling.XXX.1080p.MP4-PTWINNERX[rbg] |
| 01/10/2013 | Ghost Rider (2007) [1080p] {5.1} |
| 01/10/2013 | PremiumHDV.13.01.07.Jenna.Persley.Fuck.My.Horny.Mouth.XXX.1080p.MP4-PTWINNERX[rbg] |
| 01/10/2013 | Amateur.Girls.With.Hairy.Pussies.XXX.DVDRip.x264-SLiEZE[rbg] |
| 01/10/2013 | Homegrownvideo.com - Sulli - Crazy Homemade Sex Tape |
| 01/10/2013 | Casting  Eva mp4 |

EXHIBIT C

LMFL51

| Hit Date  UTC | Filename |
|---|---|
| 01/10/2013 | WOWGirls.11.10.30.Bianca.XXX.1080p.MP4-iaK[rbg] |
| 01/10/2013 | Peternorth.POV.44.Scene.04.13.12.2012.720p.mp4 |
| 01/10/2013 | Amateur Czech Homemade Incest |
| 01/10/2013 | WOWGirls.11.10.24.Paloma.XXX.1080p.MP4-iaK[rbg] |
| 01/09/2013 | Zombieland 2009  1080p BDRip H264 AAC - KiNGDOM |
| 01/09/2013 | Kiki Vidis - Just Over Eighteen .20 |
| 01/09/2013 | Kill Bill Vol 2 (2004) [1080p] |
| 01/09/2013 | Kill Bill Vol 1 (2003) [1080p] |
| 01/09/2013 | TeensLikeItBig - Kiki Vidis |
| 01/07/2013 | Cowboys and Aliens (2011) [1080p] {5.1} |
| 01/07/2013 | Dredd (2012) BRRip x264 1080p - MrKickASS |
| 01/07/2013 | Sexy Amateur Brunette Loves to Fuck Doggystyle.avi |
| 01/07/2013 | Premium Rush 2012 1080p BRRip x264 aac vice |
| 01/07/2013 | Megamind (2010) [1080p] {5.1} |
| 01/07/2013 | The Muppet Christmas Carol 1992 1080p BDRip H264 AAC - KiNGDOM |
| 01/07/2013 | Finding Nemo 2003 1080p BDRip H264 AAC - KiNGDOM |
| 01/07/2013 | Die Zeit 2007 10.pdf |
| 01/07/2013 | The Aviator (2004) BRRip - T!nyHD |
| 01/07/2013 | Aprilia.Sex.On.The.First.Date.WowGirls.2013.HD_iyutero.com.mp4 |
| 01/07/2013 | X-Art - Spur of the Moment - Ivy [1080p].mov |
| 01/07/2013 | A League of Their Own  1992 1080p BDRip H264 AAC - KiNGDOM |
| 01/07/2013 | pwg11192_800.mp4 |
| 01/07/2013 | Cumshot.Eruptions.XviD-PORNOLATiON |
| 01/07/2013 | Ratatouille (2007) [1080p] {5.1} |
| 01/07/2013 | Amateure von Nebenan #6.mp4 |

EXHIBIT C

LMFL51

| Hit Date UTC | Filename |
|---|---|
| 01/07/2013 | YLP - Alexis Crystal - Deeper Means Better - 1080p.mp4 |
| 01/06/2013 | The.Ultimate.Fighter.S03E10.iNTERNAL.DSRip.XviD-aAF |
| 01/06/2013 | Taken.2.2012.UNRATED.EXTENDED.1080p.BDRiP.x264.AC3-26K |
| 01/06/2013 | Purzel.Video.Creampie.Young.Girls.1.German.XXX.DVDRip.x264-CHiKANi |
| 01/06/2013 | WifeCrazy.12.12.27.Fucked.Twice.Creampie.XXX.WMV-YAPG[rbg] |
| 01/06/2013 | DangerCore.12.02.10.Brooke.Belle.College.Babe.XXX.1080p.WMV-YAPG[rbg] |
| 01/06/2013 | GirlsDoPorn.E191.20.Years.Old.XXX.720p.WMV-KTR[rbg] |
| 01/06/2013 | BackroomCasting Couch - Taylor.wmv |
| 01/06/2013 | 24.515.hdtv-lol.avi |
| 01/06/2013 | [ www.Torrenting.com ] - Dredd.2012.cropped Xvid Ac3-WaTcHtHeGrAsSeRs |
| 01/06/2013 | Life of Pi |
| 01/06/2013 | Babel Rising Cataclysm v1.0.0 Android Game |
| 01/06/2013 | SexArt-Inside Malena Morgan - Malena Morgan [1080p] |
| 01/06/2013 | NextDoorAmateur.12.12.29.Zoey |
| 01/06/2013 | Christie.Nelson.The.Renaissance.Woman.BackRoomFacials.2012.HD_iyutero.com.mp4 |
| 01/06/2013 | Universal.Soldier.Day.of.Reckoning.2012.1080p.BDRiP.x264.AC3-26K |
| 01/06/2013 | Mockery with Monocles The Western Brothers Revealed 22-11-12 |
| 01/06/2013 | The.Possession.2012.1080p.BDRiP.x264.AC3-26K |
| 01/06/2013 | Taken 2 [2012] 720p BRRip H264-ETRG |
| 01/05/2013 | YoungLegalPorn  An Unexpected Visit  Anjelica, Ella |
| 01/05/2013 | TonightsGirlfriend - Riley Reid.mp4 |
| 01/05/2013 | xxxh45.mp4 |
| 01/05/2013 | PublicSexAdventures  Teen naked in the streets of Budapest  Amira Adara |
| 01/04/2013 | Abraham Lincoln Vampire Hunter 2012 1080p BRRip.sonicx-UKB-RG |
| 01/04/2013 | BlacksOnBlondes.12.10.29.Jessie.Rogers.XXX.720p.MP4-KTR[rbg] |

EXHIBIT C

LMFL51

| Hit Date  UTC | Filename |
|---|---|
| 01/04/2013 | 12.11.08.Jessie Rogers_MyWifesHotFriend_ImgZilla.mp4 |
| 01/03/2013 | Dredd 2012 1080p BRRip.sonicx-UKB-RG |
| 01/03/2013 | JizzBomb.13.01.01.Karina.White.XXX.WMV |
| 01/03/2013 | JulesJordan  Jessie Rogers |
| 01/03/2013 | HardcoreGangbang.13.01.02.Jessie.Rogers.XXX.720p.MP4-KTR[rbg] |
| 01/02/2013 | Braveheart (1995) [1080p] {5.1} |
| 01/02/2013 | CSI New York S09E06 2012 HDTV x264-2HD[ettv] |
| 01/01/2013 | Taken 2  Uprowadzona 2 (2012) PLSUBBED.CAM.x264.AAC -OzW |
| 01/01/2013 | SexArt.12.12.02.Cameron.Canada.Sexart.Ink.XXX.1080p.MP4-KTR[rbg] |
| 01/01/2013 | Celebrity Pack[rbg] |
| 01/01/2013 | ClubSeventeen.12.12.31.Jane.Hardcore.XXX.720p.WMV-iaK[rbg] |
| 01/01/2013 | Frankenweenie (2012) BRRip x264 1080p - MrKickASS |
| 01/01/2013 | PorElChiquito.12.12.31.Erica.Fontes.Take.In.the.Ass.Like.That.XXX.720p.MP4-IEVA[rbg] |
| 01/01/2013 | 18OnlyGirls.com_12.11.14.Alexis.Cream.My.Clit.XXX.iMAGESET-P4L[rbg] |
| 01/01/2013 | NextDoorAmateur.12.10.29.Cameron.Canada.XXX.WMV |
| 01/01/2013 | Billionaire.2.XXX |
| 01/01/2013 | mfhgcameronjordan.wmv |
| 01/01/2013 | IHaveaWife - Jenni Lee [720p].mp4 |
| 12/31/2012 | Naomi.This.beauty.is.amazing.SexoenPublico.2012.HD_iyutero.com.mp4 |
| 12/31/2012 | SexoEnPublico.12.12.21.Erica.Fontes.Ready.For.Public.Action.XXX.720p.MP4 |
| 12/31/2012 | 056_mischa_brooks_bts-hd_720p.mp4 |
| 12/31/2012 | SexoEnPublico.12.09.28.Gertie.Sex.In.The.Park.XXX.720p.MP4 |
| 12/31/2012 | SexoEnPublico.12.10.05.Naomi.This.Beauty.Is.Amazing.XXX.720p.MP4 |
| 12/31/2012 | MySistersHotFriend.12.09.27.Mischa.Brooks.XXX.1080p.MP4-KTR[rbg] |

EXHIBIT C

LMFL51